**FILED**
**FEBRUARY 1, 2019**
**In the Office of the Clerk of Court**
**WA State Court of Appeals, Division III**

## IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION THREE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | No. 35576-4-III |
| Respondent, | ) | |
| | ) | ORDER WITHDRAWING |
| v. | ) | OPINION |
| | ) | |
| JEAN PAUL WHITFORD, | ) | |
| | ) | |
| Appellant. | ) | |

IT IS ORDERED that the opinion filed January 31, 2019, is hereby withdrawn.  A

new opinion will be filed in due course.

PANEL: Judges Fearing, Korsmo and Pennell

FOR THE COURT:

_____
ROBERT LAWRENCE-BERREY
Chief Judge